IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES F. SALMON,

Petitioner, No. CIV 10-0595 FCD KJM P

vs.

DERRAL G. ADAMS,

Respondent. ORDER

_________________________________/

On September 8, 2010, this matter came on for hearing on respondent's motion to dismiss. Charles Carbone appeared on behalf of petitioner and Deputy Attorney General Daniel Bernstein appeared on behalf of respondent. In light of the record before the court, the discussion occurring at the hearing and good cause appearing, THE COURT MADE THE FOLLOWING ORDERS and announced them in court:

1. If the parties are able to reach a stipulation regarding how the Health Insurance Portability and Accountability Act (HIPPA)'s Privacy Rule applies to medical records filed in this case, then the stipulation shall be filed within seven days from the hearing date.

2. If the parties are not able to reach a stipulation, then respondent shall file a letter brief, two-pages maximum, clarifying the law as it applies to the medical records the

/////

respondent submitted to the court within fourteen days from the hearing date. Petitioner shall respond seven days thereafter and any reply shall be filed another seven days thereafter.

DATED: September 14, 2010.

U.S. MAGISTRATE JUDGE

1/Tam
salm0595.oah