1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  BRIAN G. SMILEY, State Bar No. 180658
   Supervising Deputy Attorney General
3  DANIEL B. BERNSTEIN, State Bar No. 204257
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5171
6   Fax: (916) 324-2960
    E-mail: Daniel.Bernstein@doj.ca.gov
7  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES F. SALMON,** | CIV S-10-0595 FCD KJM |
| Petitioner, | |
| v. | **PROTECTIVE ORDER** |
| **DERRAL G. ADAMS,** | |
| Respondent. | |

1       On September 16, 2010, the parties in this case entered into a stipulation that prison medical records lodged by Respondent in support of its reply brief (Lodged Doc. No. 11) be sealed to protect Petitioner's privacy interests. Accordingly, this Court hereby orders as follows:

      1. The Clerk of the Court is directed to seal Lodged Document Number 11 in this action, submitted by Respondent on or about September 2, 2010.

      2. Upon conclusion of the instant litigation, including all appeals, the Clerk of the Court shall return the sealed documents to the Attorney General's Office.

      3. Counsel for Respondent shall not release, nor cause to be released, any of the records or information contained in the sealed documents to persons other than staff of the Attorney General's office, the California Department of Corrections and Rehabilitation, and other individuals who might be retained by counsel in relation to Petitioner's federal habeas case.

      IT IS SO ORDERED.

Dated: September 22, 2010.

_____
U.S. MAGISTRATE JUDGE